IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD LEE FLEMING, JR.,** | : | Civil No. 1:20-cv-0037 |
| **Plaintiff,** | : | |
| v. | : | |
| **CREDIT CAR CONNECTION, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## **O R D E R**

Before the court is a report and recommendation of Magistrate Judge Martin Carlson (Doc. 7) in which he recommends, upon initial screening, that Plaintiff Ronald Fleming, Jr.'s complaint be dismissed. Objections to the report and recommendation were due by January 24, 2020, but to date, no objections have been filed.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record, the court is satisfied

that the report and recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 7) is **ADOPTED**;

2) Plaintiff's request to proceed in forma pauperis (Doc. 2) is **GRANTED**;

3) Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** to the plaintiff endeavoring to correct the defects cited in the report and recommendation **WITHIN 20 DAYS** of the date of this order.

4) The Clerk of Court is **DIRECTED** to close this case.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: April 2, 2020